# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:21-cv-00133 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES / CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff PHH Mortgage Corporation, Successor by Merger to Ocwen Loan Servicing, LLC ("PHH" or "Plaintiff") and files this its Certificate of Interested Parties / Corporate Disclosure Statement and states as follows:

### I.   INTERESTED PARTIES

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Plaintiff's knowledge:

1. PHH Mortgage Corporation
   Plaintiff
   c/o Mark D. Cronenwett
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, Texas 75254
   mcronenwett@mwzmlaw.com
   (214) 635-2650
   (214) 635-2686 (Fax)

PHH Mortgage Corporation is a New Jersey corporation with a principal place of business in New Jersey. PHH Mortgage Corporation is privately held in its entirety by a holding company, PHH Corporation, which is a Maryland corporation with a principal place of business in the

Maryland. One hundred percent of the common stock of PHH Corporation is owned by Ocwen Financial Corporation. Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock.

2. Old Republic National Title Insurance Company
   Defendant
   3000 Bayport Drive, Ste. 1000
   Tampa, FL 33607
   (800) 328-4441

                                    Respectfully submitted,

                                    By:  */s/ Mark D. Cronenwett*
                                          **MARK D. CRONENWETT**
                                          Texas Bar No. 00787303
                                          mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR PLAINTIFF**